IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00851-REB-MEH

15TH AND SPRUCE BUILDING LLC,

     Plaintiff,

v.

COLORADO CAPITAL BANK, Castle Rock, CO, receiver Federal Deposit Insurance Corporation,

     Defendant.

---

**MINUTE ORDER**

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 26, 2012.**

     The Unopposed Motion to Amend Scheduling Order [28] [filed October 25, 2012; docket #44] is **granted**.  Plaintiff shall submit its expert disclosures on or before **November 26, 2012**, and Defendant shall submit its rebuttal expert disclosures on or before **December 21, 2012**.  All other deadlines remain in effect.