IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00851-REB-MEH

15TH AND SPRUCE BUILDING LLC,

    Plaintiff,

v.

COLORADO CAPITAL BANK, Castle Rock, CO, receiver Federal Deposit Insurance Corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 26, 2012.**

    The Unopposed Motion to Amend Scheduling Order [28] [filed October 25, 2012; docket #44] is **granted**. Plaintiff shall submit its expert disclosures on or before **November 26, 2012**, and Defendant shall submit its rebuttal expert disclosures on or before **December 21, 2012**. All other deadlines remain in effect.