IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.  12-cv-00851-REB-MEH | Date:   November 9, 2012 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom A501** |

| | |
|---|---|
| 15TH AND SPRUCE BUILDING LLC, | Keith Edwards |
| | William Meyer |
| Plaintiff, | |
| vs. | |
| COLORADO CAPITAL BANK, | Steven Klenda |
| Defendant. | |

### COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session:**     11:02 a.m.

Court calls case.  Appearances of counsel.

Argument and discussion regarding FDIC's Motion to Dismiss First Amended Complaint (Doc. #29, filed 7/3/12).

The Court takes the motion under advisement.

**Court in recess:**      11:52 a.m.   (Hearing concluded)
**Total time in court:**   0:50