IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.  12-cv-00851-REB-MEH | Date:   November *8*, 2012 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom A501** |

15TH AND SPRUCE BUILDING LLC,                                    Keith Edwards
                                                                                           William Meyer
         Plaintiff,

vs.

COLORADO CAPITAL BANK,                                            Steven Klenda

         Defendant.

*AMENDED* **COURTROOM MINUTES/MINUTE ORDER**

**MOTION HEARING**

**Court in session:**        11:02 a.m.

Court calls case.  Appearances of counsel.

Argument and discussion regarding FDIC's Motion to Dismiss First Amended Complaint (Doc. #29, filed 7/3/12).

The Court takes the motion under advisement.

**Court in recess:**        11:52 a.m.   (Hearing concluded)
**Total time in court:**   0:50