IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00851-REB-MEH

15TH AND SPRUCE BUILDING LLC,

    Plaintiff,

v.

COLORADO CAPITAL BANK, Castle Rock, CO, receiver Federal Deposit Insurance Corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 28, 2012.**

    The Second Motion to Amend Scheduling Order [filed November 26, 2012; docket #53] is **granted**. For good cause shown, the Court will amend the Scheduling Order as follows:

| | |
|---|---|
| Discovery cutoff: | **March 1, 2013** |
| Dispositive motions deadline: | **April 1, 2013** |
| Expert designations: | **January 28, 2013** |
| Rebuttal expert designations: | **February 22, 2013** |
| Deadline to serve interrogatories: | **January 15, 2013** |
| Deadline to serve requests for production of documents and/or admissions: | **January 15, 2013** |

All other scheduled settings remain the same.