IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 12-cv-00851-REB-MEH

15TH AND SPRUCE BUILDING LLC,

    Plaintiff,

v.

FEDERAL DEPOSIT INSURANCE CORPORATION, Receiver for Failed COLORADO CAPITAL BANK, CASTLE ROCK, CO.,

    Defendant.

**ORDER ADOPTING RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

The matter before me is the recommendation to continue the trial in this matter contained in the **Recommendation of United States Magistrate Judge** [#56],[1] filed November 30, 2012.  No objection having been filed, I review the recommendation for plain error only.  ***See Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005).  Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#56], filed November 30, 2012, is **APPROVED AND ADOPTED** as an order of this court;

---

[1] "[#56]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF).  I use this convention throughout this order.

  2. That the **FDIC's Motion To Dismiss First Amended Complaint** [#29], filed July 3, 2012, is **GRANTED**;

  3. That plaintiff's claims are **DISMISSED** for lack of subject matter jurisdiction;

  4. That judgment **SHALL ENTER** on behalf of defendant, Federal Deposit Insurance Company as Receiver for Colorado Capital Bank, Castle Rock, CO, and against plaintiff, 15th and Spruce Building, LLC, as to all claims and causes of action asserted herein; and

  5. That the Trial Preparation Conference, currently scheduled for Friday, July 12, 2013, at 3:00 p.m., as well as the bench trial, currently scheduled to commence on July 15, 2013, at 9:00 a.m., are **VACATED**.

  Dated January 9, 2013, at Denver, Colorado.

                **BY THE COURT:**

                *[signature: Bob Blackburn]*
                Robert E. Blackburn
                United States District Judge