**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  12-cv-00851-REB-MEH

15TH AND SPRUCE BUILDING LLC,

    Plaintiff,

v.

FEDERAL DEPOSIT INSURANCE CORPORATION, Receiver for Failed COLORADO CAPITAL BANK, CASTLE ROCK, CO,

    Defendant.

---

**FINAL JUDGMENT**

---

    This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Order Adopting Recommendation of the United States Magistrate Judge** [#57] entered by Judge Robert E. Blackburn on January 9, 2013, which order is incorporated herein by this reference.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **FDIC's Motion To Dismiss First Amended Complaint** [#29], filed July 3, 2012, is **GRANTED**;

    2.  That plaintiff's claims are **DISMISSED** for lack of subject matter jurisdiction; and

    3.  That **JUDGMENT IS ENTERED** on behalf of defendant, Federal Deposit Insurance Company as Receiver for Colorado Capital Bank, Castle Rock, CO, and against plaintiff, 15th and Spruce Building, LLC, as to all claims and causes of action asserted herein.

DATED at Denver, Colorado, this 9th day of January, 2013.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/Edward P. Butler
     Edward P. Butler
     Deputy Clerk